35897. STATE OF GEORGIA *et al.* v. COCA-COLA BOTTLING COMPANY.

FELTON, C. J. The Supreme Court having reversed the rulings of this court in part (*State of Georgia* v. *Coca-Cola Bottling Company,* 212 *Ga.* 630, 94 S. E. 2d 708), the judgment of this court affirming the judgments of the trial court is vacated and the judgment of the trial court over-

ruling the general demurrer to the petition is reversed for the reason that under the ruling of the Supreme Court the petitioner did not show a legal basis for a refund under the theory that it was authorized to use the three-factor formula prescribed by Code § 92-3113. This ruling renders the other proceedings in the case nugatory and as a consequence the final judgment of the trial court is also reversed.

*Judgments reversed. Gardner, P. J., Townsend, Carlisle, Quillian and Nichols, JJ., concur.*

·DECIDED OCTOBER 25, 1956.

*Eugene Cook, Attorney-General, H. Grady Almand, Jr., Wm. L. Norton, Jr., Assistant Attorneys-General, Broadus B. Zellars, Ben F. Johnson, Jr., Deputy Assistant Attorneys-General, Benjamin B. Blackburn, III,* for plaintiff in error.

*Edward R. Kane, Jones, Williams, Dorsey & Kane,* contra.